ROXANE LABORATORIES, INC.,
Plaintiff–Appellant

v.

CAMBER PHARMACEUTICALS INC.,
Invagen Pharmaceuticals Inc.,
Defendants–Appellees.

No. 2014–1803.

United States Court of Appeals,
Federal Circuit.

March 12, 2015.

Kenneth G. Schuler, Latham & Watkins LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by Marc Nathan Zubick; Alexander Enrico Long, San Diego, CA; Gregory Sobolski, San Francisco, CA; Robert J. Gajarsa, Washington, DC.

Robert S. Silver, Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd., Philadelphia, PA, argued for defendants-appellees. Also represented by James J. Kozuch, Salvatore Guerriero, Pei–Ru Wey.

LOURIE, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.